AO93 Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Arizona

*ORIGINAL*

| | |
|---|---|
| In the Matter of the Search of<br>Information Associated with Facebook User ID<br>100002113299205, associated with Facebook URL<br>facebook.com/jaccie.moon, that is Stored at Premises<br>Controlled by Meta Platforms, Inc. located at 1 Meta<br>Way, Menlo Park, California 94025 | Case No.    26-9010 MB |

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Northern District of California:

### As further described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal:

### As set forth in Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before ___2/24/2026___ *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m. ☒ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to any United States Magistrate Judge on criminal duty in the District of Arizona.

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized ☒ for _30_ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  __2/10/2026@12:25pm__        *Eswillett*
                                                    *Judge's signature*

City and state: __Phoenix, Arizona__        __Honorable Eileen S. Willett, U.S. Magistrate Judge__
                                            *Printed name and title*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Facebook account(s):

Facebook User ID 100002113299205, associated with Facebook URL facebook.com/jaccie.moon

The information is stored at premises owned, maintained, controlled, or operated by Meta Platforms, Inc., a company located at 1 Meta Way in Menlo Park, California.

**ATTACHMENT B**

**Particular Things to be Seized**

**I.    Information to be disclosed by Meta Platforms, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Meta Platforms, Inc. on its social media platform Facebook (hereinafter Facebook), regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to Facebook, or have been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Facebook is required to disclose the following information to the government for each user ID listed in Attachment A:

(a)    All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail addresses, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

(b)    All other records and contents of communications and messages made or received by the user from 01 December 2025 to Present, including all Messenger activity, private messages, chat history, video and voice calling history, and pending "Friend" requests;

(c)    All activity logs for the account and all other documents showing the user's posts and other Facebook activities from 01 December 2025 to Present;

(d)    All photos and videos uploaded by that user ID and all photos and videos uploaded by any user that have that user tagged in them from 01 December 2025 to Present, including Exchangeable Image File (EXIF) data and any other metadata associated with those photos and videos;

(e)    All profile information; News Feed information; status updates; videos, photographs, articles, and other items; Notes; Wall postings; friend lists, including the friends' Facebook user identification numbers; groups and

1

networks of which the user is a member, including the groups' Facebook group identification numbers; future and past event postings; rejected "Friend" requests; comments; gifts; pokes; tags; and information about the user's access and use of Facebook applications;

(f) All records or other information regarding the devices and internet browsers associated with, or used in connection with, that user ID, including the hardware model, operating system version, unique device identifiers, mobile network information, and user agent string;

(g) All "check ins" and other location information to include all geolocation information during all times of day and night from 01 December 2025 to Present;

(h) All IP logs, including all records of the IP addresses that logged into the account;

(i) All records of the account's usage of the "Like" feature, including all Facebook posts and all non-Facebook webpages and content that the user has "liked";

(j) All information about the Facebook pages that the account is or was a "fan" of;

(k) All past and present lists of friends created by the account;

(l) All records of Facebook searches performed by the account from 01 December 2025 to Present;

(m) All information about the user's access and use of Facebook Marketplace;

(n) The types of service utilized by the user;

(o) The length of service (including start date) and the means and source of any payments associated with the service (including any credit card or bank account number);

(p)    All privacy settings and other account settings, including privacy settings for individual Facebook posts and activities, and all records showing which Facebook users have been blocked by the account; and

(q)    All records pertaining to communications between Facebook and any person regarding the user or the user's Facebook account, including contacts with support services and records of actions taken.

Facebook is hereby ordered to disclose the above information to the government within 14 days of issuance of this warrant.

## II.    Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. §§ 1153 and 1111 - Murder, from 01 December 2025 to Present, including, for each user ID identified on Attachment A, information pertaining to the following matters:

(a) Communications between accounts in Attachment A, and others yet unknown, regarding the murder, which occurred from 01 December 2025 to Present.

(b) Photographs, videos, voice notes, or other media shared sent to or received from accounts in Attachment A, and others yet unknown, regarding the assault which occurred from 01 December 2025 to Present.

(c) Evidence indicating how and when the Facebook account(s) were accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the Facebook account owner(s); and,

(d) Evidence indicating the Facebook account owner's state of mind as it relates to the crime under investigation;

3

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

AO 93 (Rev. 01/09) Search and Seizure Warrant (Page 2)

## RETURN

| Case No.: | Date and Time Warrant Executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 26-9010mB | 02/18/2024 at 7:04am MST | Meta Platforms, Facebook |

Inventory Made in the Presence of:

Meta Platforms, Facebook

Inventory of the property taken and name of any person(s) seized:

Data pending from Meta Platforms

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/18/2026

_Amanda Pike_
Executing officer's signature

_Amanda Pike - FBI Special Agent_
Printed name and title